UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

20 -MAG-11960     ( )( )

Jahlil Taylor

Defendant(s).
-------------------------------------------------------------------X

Defendant ___Jahlil Taylor_____ hereby voluntarily consents to participate in the following proceeding via  _X_  videoconferencing or  _X_  teleconferencing:

_X_     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_/s/ Jahlil Taylor_____           _/s/ Marisa K. Cabrera_____
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jahlil Taylor_____              _Marisa K. Cabrera_____
Print Defendant's Name                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

10/11/2020                                  _____
_____                       U.S. District Judge/U.S. Magistrate Judge
Date